IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CASE NO. |
| | : | |
| CARMEN D. TREVITT, JR., | : | |
| BARBARA B. TREVITT, | : | |
| CHARLES B. HAYGOOD, JR., | : | |
| Individually and as Executor of the | : | |
| Estate of Jessie B. Haygood, | : | |
| ESTATE OF JESSIE B. HAYGOOD, | : | |
| JACK L. HAYGOOD, | : | |
| ANNICE H. MYERS, f/k/a Annice H. | : | |
| Trevitt, and BRANCH BANKING | : | |
| AND TRUST COMPANY, a commercial | : | |
| bank subsidiary of BB&T Corporation, | : | |
| a North Carolina corporation, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## COMPLAINT

Plaintiff United States of America alleges facts and states claims against

Defendants as follows:

### NATURE OF ACTION

1.      The United States of America brings this civil action to reduce to

judgment federal income tax assessments made individually against Carmen D. Trevitt for tax years 2002, 2004, and 2005; a civil penalty assessment made individually against Carmen D. Trevitt for tax year 2005; and federal income tax assessments made jointly and severally against Carmen D. Trevitt, Jr. and Barbara B. Trevitt for tax years 2003, 2006, and 2007. In addition, the United States seeks to foreclose federal tax liens of record against real property located at 4072 Highway 83 South, Forsyth, Georgia 31029, described more fully below; to sell that real property; and to apply the proceeds to the tax liabilities according to the law and practice of this Court.

## JURISDICTION AND VENUE

2.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. §§ 7402 and 7403 (Internal Revenue Code).

3.    This action is commenced under 26 U.S.C. § 7401, at the direction of the Attorney General of the United States, with the authorization, and at the request, of the Chief Counsel of the Internal Revenue Service, a duly authorized delegate of the Secretary of the Treasury of the United States.

2

4.      Venue is proper under 28 U.S.C. §§ 1391(b) and 1396 because the individual Defendants reside in this judicial district, the real property for which foreclosure is sought is situated in this district, and the federal tax liabilities at issue accrued within this district.

## THE PARTIES

5.      Defendant Carmen D. Trevitt, Jr. resides in Monroe County, Georgia, and is within the jurisdiction of this court.

6.      Defendant Barbara B. Trevitt resides in Monroe County, Georgia, and is within the jurisdiction of this court.

7.      Defendant Charles B. Haygood, Jr. resides in Monroe County, Georgia, is within the jurisdiction of this court, and is named as a defendant individually and in his capacity as Executor of the Estate of Jessie B. Haygood pursuant to 26 U.S.C. § 7403(b) as a party that may claim an interest in the property subject to foreclosure.

8.      The Estate of Jessie B. Haygood is named as a defendant pursuant to 26 U.S.C. § 7403(b) as a party that may claim an interest in the property subject to foreclosure.

3

9.      Defendant Jack L. Haygood resides in Monroe County, Georgia, is within the jurisdiction of this court, and is named as a defendant pursuant to 26 U.S.C. § 7403(b) as a party that may claim an interest in the property subject to foreclosure.

10.     Defendant Annice Haygood Myers, f/k/a Annice H. Trevitt, resides in Monroe County, Georgia, is within the jurisdiction of this court, and is named as a defendant pursuant to 26 U.S.C. § 7403(b) as a party that may claim an interest in the property subject to foreclosure.

11.     Defendant Branch Banking and Trust Company is commercial bank subsidiary of BB&T Corporation, a North Carolina corporation, doing business in Monroe County, Georgia, and is named as a defendant pursuant to 26 U.S.C. § 7403(b) as a party that may claim an interest in the property subject to foreclosure.

### THE PROPERTY

12.     The real property of Carmen D. Trevitt, Jr. and Barbara B. Trevitt at issue in this action, consisting of three parcels ("Parcel 1," "Parcel 2," and "Parcel 3") more particularly described below, is located at 4072 Highway 83 South,

Forsyth, Georgia, 31028 (collectively the "Property").

13.     On May 5, 1983, Jessie B. Haygood, individually, and Charles B.

Haygood, Jr., Executor U/W C. B. Haygood, Sr., conveyed Parcel 1 to Charles D.

Trevitt, Jr. and Barbara B. Trevitt by Warranty Deed Creating Joint Tenancy with

Survivorship. Parcel 1 is more particularly described as follows:

> All that tract or parcel of land situate, lying and being in Land Lot
> 252 of the 12th Land District of Monroe County, Georgia,
> containing 5.00 acres, and being more particularly shown on a
> certain plat of survey prepared by Hugh W. Mercer, Jr., Surveyor,
> dated April 21, 1983, and recorded in Plat Book 10, Page 158,
> Clerk's Office, Monroe Superior Court, which plat is by this
> reference incorporated herein and made a part of this description.
>
> Being a portion of the property conveyed by Roscoe Treadwell to
> Charles B. Haygood, by Warranty Deed dated January 14, 1950,
> and recorded in Deed Book 56, Page 358, Monroe County Records.

14.     A true and correct copy of the aforesaid Warranty Deed Creating

Joint Tenancy with Right of Survivorship, recorded with the Clerk of the

Superior Court of Monroe County, Georgia on May 9, 1983, at Official Record

Book 154, Pages 242 to 243, is attached hereto as Exhibit 1.

15.     On October 17, 2006, Annice Haygood Myers, f/k/a Annice

Haygood Trevitt, conveyed Parcel 2 and Parcel 3 to Charles D. Trevitt, Jr. and

Barbara B. Trevitt by Warranty Deed Creating Joint Tenancy with Survivorship.

Parcel 2 is more particularly described as follows:

> Alt that tract or parcel of land situate, lying and being in Land Lots 251 and 252 of the 12th Land District, 634th (Cox) Georgia Militia District of Monroe County, Georgia, containing 24.54 ACRES and being known and designated as PARCEL 1 according to that certain plat of survey entitled "A BOUNDARY & PARTITIONING SURVEY FOR CARMEN D. TREVITT, JR.", prepared by Hugh W. Mercer, Jr., Surveyor, dated April 28, 2006, and recorded in Plat Book 28, Page 237, Clerk's Office, Monroe Superior Court, which plat is by this reference incorporated herein and made a part of this description, (the "Property").

> Reserved unto the Estate of Charlie B. Haygood, Sr. and Jessie B. Haygood for a period of twenty (20) years from the date of this deed are the timber rights in and to any and all of the planted pines which have previously been set out and which are situate, standing, growing or lying on portions of the Property.

Parcel 3 is more particularly described as follows:

> Also conveyed herewith is a perpetual non-exclusive easement for ingress and egress to and from the above-described property over, across and upon that certain private road known and designated as PARCEL 3  2.58 ACRES as shown on the above-referenced plat of survey (the "Easement Area"). The Easement Area shall be maintained at the sole cost and expense of Grantee.

     16.     A true and correct copy of the Warranty Deed Creating Joint

Tenancy with Survivorship pertaining to Parcel 2 and Parcel 3, recorded on

6

October 20, 2006, with the Clerk of the Superior Court for Monroe County,

Georgia, at Official Record Book 1166, Pages 236 to 239, is attached hereto as

Exhibit 2.

17.     Charlie B. Haygood, Sr., a/k/a Charles B. Haygood, Sr. predeceased

Jessie B. Haygood, and Jessie B. Haygood was the sole legatee under the Last

Will and Testament of Charlie B. Haygood, Sr.

18.     Jessie B. Haygood is deceased, and Charles B. Haygood, Jr., Jack L.

Haygood, and Annice Haygood Myers, f/k/a Annice H. Trevitt, were the sole

legatees under the Last Will and Testament of Jessie B. Haygood.

19.     Charles B. Haygood, Jr. is the Executor of the Estate of Jessie B.

Haygood, and a legatee under the Last Will and Testament of Jessie B. Haygood.

As such legatee, he may claim an interest in the timber rights reserved in Parcel

2.

20.     Annice Haygood Myers, f/k/a Annice Haygood Trevitt, as a legatee

under the Last Will and Testament of Jessie B. Haygood, may claim an interest in

the timber rights reserved in Parcel 2.

21.     Jack L. Haygood, as a legatee under the Last Will and Testament of

Jessie B. Haygood, may claim an interest in the timber rights reserved in Parcel 2.

22.     On September 14, 2007, Annice Haygood Myers, f/k/a Annice Haygood Trevitt, recorded a Corrective Warranty Deed Creating Joint Tenancy with Survivorship pertaining to Parcel 2 and Parcel 3 with the Clerk of the Superior Court for Monroe County, Georgia, at Official Record Book 1241, Pages 147 to 150. A true and correct copy of the Corrective Warranty Deed Creating Joint Tenancy with Survivorship is attached hereto as Exhibit 3.

23.     On January 10, 2005, Carmen D. Trevitt, Jr. and Barbara B. Trevitt granted a security deed to Parcel 1 to secure the payment of a promissory note for the sum of $110,000 to Branch Banking and Trust Company, by executing a Georgia Security Deed and Security Agreement, which was recorded with the Clerk of the Circuit Court of Santa Rosa County, Florida, on April 14, 2005, at Official Record Book 1038, Pages 156 to 161.

**COUNT ONE**
**TO REDUCE THE INCOME TAX LIABILITIES**
**OF CARMEN D. TREVITT, JR. TO JUDGMENT**

24.     An authorized delegate of the IRS timely made assessments against, and duly gave notice and demand to, Carmen D. Trevitt, Jr. for unpaid

8

federal income taxes, penalties, statutory additions, and interest for the tax years 2002, 2004, and 2005. In addition, such delegate timely made assessments of civil penalties for tax year 2005 and the taxable period ending August 31, 2011. The table below shows the taxable periods, assessment dates, assessment amounts, and the total unpaid balances by year, including accrued statutory interest as of April 10, 2013:

[Continued on next page.]

9

| Tax Period | Assessment Date | Assessment Amount | Type of Assessment | Balance Due* |
|---|---|---|---|---|
| 2002 | 07/11/11 | $ 1,030.43 | Penalty for not pre-paying tax | |
| | 07/11/11 | $ 9,041.63 | Penalty for filing tax return after the due date | |
| | 07/11/11 | $ 40,185.00 | Additional tax assessed by examination | |
| | 07/11/11 | $ 25,475.59 | Interest charged for late payment | |
| | 07/11/11 | $ 10,046.25 | Penalty for late payment of tax | |
| | | | | $ 90,388.37 |
| | | | | |
| 2004 | 05/16/11 | $ 1,015.29 | Penalty for not pre-paying tax | |
| | 05/16/11 | $ 7,971.30 | Penalty for filing tax return after the due date | |
| | 05/16/11 | $ 35,428.00 | Additional tax assessed by examination | |
| | 05/16/11 | $ 18,505.07 | Interest charged for late payment | |
| | 05/16/11 | $ 8,857.00 | Penalty for late payment of tax | |
| | 10/10/11 | $ 12.00 | Fees and other expenses for collection | |
| | | | | $ 76,288.00 |
| | | | | |
| 2005 | 05/16/11 | $ 4,212.39 | Penalty for not pre-paying tax | |
| | 05/16/11 | $ 23,628.83 | Penalty for filing tax return after the due date | |
| | 05/16/11 | $ 105,017.00 | Additional tax assessed by examination | |
| | 05/16/11 | $ 43,238.08 | Interest charged for late payment | |
| | 05/16/11 | $ 26,254.25 | Penalty for late payment of tax | |
| | | | | $ 215,033.40 |
| | | | | |
| 2005 | 06/20/11 | $ 5,000.00 | Penalty for filing frivolous tax return | $ 3,940.55 |
| | | | | |
| 08/31/11 | 06/11/12 | $ 2,000.00 | Miscellaneous penalty | |
| | 07/30/12 | $ 12.00 | Fees and other expenses for collection | |
| | | | | $ 2,062.59 |
| | | | | |
| Total | | | | $ 387,712.91 |
| | | | | |
| *Calculated as of April 10, 2013.* | | | | |

25.     Despite notice of the assessments and demand for payment,

Carmen D. Trevitt, Jr. has failed or refused to pay the amounts assessed against

10

him, plus the additional unassessed interest and any other applicable statutory

additions provided by law that continue to accrue. As a result, there is due and

owing from Carmen D. Trevitt, Jr. the sum of $387,712.91 as of April 10, 2013,

plus accrued interest and statutory additions thereon as allowed by law.

## COUNT TWO
## TO REDUCE THE JOINT AND SEVERAL INCOME TAX LIABILITIES OF CARMEN D. TREVITT, JR. AND BARBARA B. TREVITT TO JUDGMENT

26.     An authorized delegate of the IRS timely made assessments

against, and duly gave notice and demand to, Carmen D. Trevitt, Jr. and Barbara

B. Trevitt for unpaid federal income taxes, penalties, statutory additions, and

interest for the tax years 2003, 2006, and 2007. The table below shows the tax

years, assessment dates, assessment amounts, and the total unpaid balances by

year, including accrued statutory interest as of April 10, 2013:

[Continued on next page.]

11

| Tax Period | Assessment Date | Assessment Amount | Type of Assessment | Balance Due* |
|---|---|---|---|---|
| 2003 | 03/21/11 | $ 227.04 | Penalty for not pre-paying tax | |
| | 03/21/11 | $ 1,979.78 | Penalty for filing tax return after the due date | |
| | 03/21/11 | $ 8,799.00 | Additional tax assessed by examination | |
| | 03/21/11 | $ 5,254.43 | Interest charged for late payment | |
| | 03/21/11 | $ 2,199.75 | Penalty for late payment of tax | |
| | 09/19/11 | $ 12.00 | Fees and other expenses for collection | |
| | | | | $ 15,294.19 |
| | | | | |
| 2006 | 05/16/11 | $ 2,270.13 | Penalty for not pre-paying tax | |
| | 05/16/11 | $10,793.25 | Penalty for filing tax return after the due date | |
| | 05/16/11 | $47,970.00 | Additional tax assessed by examination | |
| | 05/16/11 | $13,865.68 | Interest charged for late payment | |
| | 05/16/11 | $11,992.50 | Penalty for late payment of tax | |
| | | | | $ 92,337.72 |
| | | | | |
| 2007 | 03/21/11 | $ 3,783.10 | Penalty for not pre-paying tax | |
| | 03/21/11 | $18,702.45 | Penalty for filing tax return after the due date | |
| | 03/21/11 | $83,122.00 | Additional tax assessed by examination | |
| | 03/21/11 | $13,459.80 | Interest charged for late payment | |
| | 03/21/11 | $14,961.96 | Penalty for late payment of tax | |
| | | | | $ 149,084.87 |
| | | | | |
| Total | | | | $ 256,716.78 |
| | | | | |
| *Calculated as of April 10, 2013.* | | | | |

27.     Despite notice of the assessments and demand for payment,

Carmen D. Trevitt, Jr. and Barbara B. Trevitt have failed or refused to pay the

amounts assessed against them, plus the additional unassessed interest and any

other applicable statutory additions provided by law that continue to accrue. As

a result, there is due and owing from Carmen D. Trevitt, Jr. and Barbara B.

Trevitt the sum of $256,716.78 as of April 10, 2013, plus accrued interest and

statutory additions thereon as allowed by law.

**COUNT THREE**
**FORECLOSURE OF THE FEDERAL**
**TAX LIENS AGAINST THE PROPERTY**

28.     The United States realleges and restates the allegations

contained in paragraphs 1 through 27 of this Complaint as if fully and

separately set forth herein.

29.     As of the dates of the assessments described in paragraph 24

and 26 above, federal tax liens attached to all property and rights to

property of Carmen D. Trevitt, Jr. and Barbara B. Trevitt, including

without limitation their interest in the Property, under 26 U.S.C. §§ 6321

and 6322.

30.     On September 8, 2010, the IRS duly recorded a Notice of

Federal Tax Lien against Carmen Trevitt, Jr. with the Clerk of the Superior

Court of Monroe County, Georgia, concerning unpaid federal

13

employment taxes for the taxable periods listed thereon. A true and

correct copy of this Notice is attached hereto as Exhibit 4.

     31.    On September 8, 2010, the IRS duly recorded a Notice of

Federal Tax Lien against Carmen Trevitt, Jr. with the Clerk of the Superior

Court of Monroe County, Georgia, concerning unpaid federal

employment and unemployment taxes for the taxable periods listed

thereon. A true and correct copy of this Notice is attached hereto as

Exhibit 5.

     32.    On August 29, 2011, the IRS duly recorded a Notice of

Federal Tax Lien against Carmen Trevitt, Jr. and Barbara Trevitt with the

Clerk of the Superior Court of Monroe County, Georgia, concerning

unpaid federal income taxes for the taxable years listed thereon. A true

and correct copy of this Notice is attached hereto as Exhibit 6.

     33.    On September 19, 2011, the IRS duly recorded a Notice of

Federal Tax Lien against Carmen Trevitt, Jr. with the Clerk of the Superior

Court of Monroe County, Georgia, concerning unpaid federal income

taxes and a civil penalty assessed pursuant to 26 U.S.C. § 6702 for the

14

taxable years listed thereon. A true and correct copy of this Notice is attached hereto as Exhibit 7.

WHEREFORE, Plaintiff United States of America prays for the following relief:

A. That this Court enter judgment in favor of the United States and against Carmen D. Trevitt, Jr. individually for federal income tax, penalties, and interest for the taxable periods 2002, 2004, and 2005 in the amount of $387,712.91 as of April 10, 2013, plus fees, interest and statutory additions thereon provided by law;

B. That this Court enter judgment in favor of the United States and against Carmen D. Trevitt, Jr. and Barbara B. Trevitt, jointly and severally, for federal income tax, penalties, and interest for the taxable periods 2003, 2006 and 2007 in the amount of $256,716.78 as of April 10, 2013, plus fees, interest and statutory additions thereon provided by law;

B. That this Court order, adjudge and decree that the United States of America has valid federal tax liens on and against all property, both real and personal, tangible and intangible, of Carmen D. Trevitt, Jr.

15

and Barbara B. Trevitt, including but not limited to their interest in the Property;

C.    That this Court order, adjudge and decree that the tax liens of the United States be foreclosed on the interest of Carmen D. Trevitt, Jr. and Barbara B. Trevitt in the Property; that the Court order that the Parcel 1, Parcel 2, and Parcel 3 of the Property be sold separately or together in accordance with the law and practice of this Court, the findings of this Court, and the rights of the United States, free and clear of any rights, title, liens, claims, or interests of any other party hereto, their heirs, estates, or assigns; and that the proceeds of such sale be distributed to the United States in accordance with the priority of its claim or interest as determined by this Court, with any proceeds to the United States to be applied to the judgment entered against Carmen D. Trevitt, Jr. and Barbara B. Trevitt, jointly and severally;

D.    That this Court enter judgment, upon motion, if the United States is required to use any of the collection remedies in subchapter C of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. §§ 3001, et

16

seq., for the ten percent surcharge permitted under section 3011 of the Act;

and

      E.      That the United States of America be granted its costs in this

action and that this Court grant such other relief as is just and proper.

                        Respectfully submitted,

                        KATHRYN KENEALLY
                        Assistant Attorney General

By:     *s/ Bruce T. Russell*
            Bruce T. Russell
            Trial Attorney, Tax Division
            U.S. Department of Justice
            Post Office Box 14198
            Ben Franklin Station
            Washington, D.C. 20044
            (202) 514-5900
            (202) 514-9868 (fax)
            bruce.t.russell@usdoj.gov

MICHAEL J. MOORE
United States Attorney
Middle District of Georgia
*Of Counsel*

17