IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | CASE NO.  5:13-cv-00174-CAR (M.D. Ga.) |
| : | |
| CARMEN D. TREVITT, JR., : | |
| BARBARA B. TREVITT, : | |
| CHARLES B. HAYGOOD, JR., : | |
| Individually and as Executor of the : | |
| Estate of Jessie B. Haygood, : | |
| ESTATE OF JESSIE B. HAYGOOD, : | |
| JACK L. HAYGOOD, : | |
| ANNICE H. MYERS, f/k/a Annice H. : | |
| Trevitt, and BRANCH BANKING : | |
| AND TRUST COMPANY, a commercial : | |
| bank subsidiary of BB&T Corporation, : | |
| a North Carolina corporation, : | |
| : | |
| Defendants. : | |
| : | |

## NOTICE OF LIS PENDENS

**TO ALL DEFENDANTS IN THE ABOVE-CAPTIONED CIVIL ACTION AND ALL OTHERS WHOM IT MAY CONCERN:**

**YOU ARE NOTIFIED** that on May 16, 2013, the United States of America, Plaintiff, filed suit in the United States District Court of the Middle District of Georgia in an action bearing the above caption to foreclose federal tax liens of

record on a certain parcel of real property located in Forsyth County, Georgia, and to sell such property free and clear of the rights of all parties. Such property is located at 4072 Highway 83 South, Forsyth, Georgia 31029, and is more particularly described as follows:

> All that tract or parcel of land situate, lying and being in Land Lot 252 of the 12th Land District of Monroe County, Georgia, containing 5.00 acres, and being more particularly shown on a certain plat of survey prepared by Hugh W. Mercer, Jr., Surveyor, dated April 21, 1983, and recorded in Plat Book 10, Page 158, Clerk's Office, Monroe Superior Court, which plat is by this reference incorporated herein and made a part of this description.
>
> Being a portion of the property conveyed by Roscoe Treadwell to Charles B. Haygood, by Warranty Deed dated January 14, 1950, and recorded in Deed Book 56, Page 358, Monroe County Records.
>
> -and-
>
> All that tract or parcel of land situate, lying and being in Land Lots 251 and 252 of the 12th Land District, 634th (Cox) Georgia Militia District of Monroe County, Georgia, containing 24.54 ACRES and being known and designated as PARCEL 1 according to that certain plat of survey entitled "A BOUNDARY & PARTITIONING SURVEY FOR CARMEN D. TREVITT, JR.", prepared by Hugh W. Mercer, Jr., Surveyor, dated April 28, 2006, and recorded in Plat Book 28, Page 237, Clerk's Office, Monroe Superior Court, which plat is by this reference incorporated herein and made a part of this description, (the "Property").
>
> Reserved unto the Estate of Charlie B. Haygood, Sr. and Jessie B. Haygood for a period of twenty (20) years from the date of this

deed are the timber rights in and to any and all of the planted pines which have previously been set out and which are situate, standing, growing or lying on portions of the Property.

Also conveyed herewith is a perpetual non-exclusive easement for ingress and egress to and from the above-described property over, across and upon that certain private road known and designated as PARCEL 3  2.58 ACRES as shown on the above-referenced plat of survey (the "Easement Area"). The Easement Area shall be maintained at the sole cost and expense of Grantee.

        KATHRYN KENEALLY
        Assistant Attorney General

By:   *s/ Bruce T. Russell*
       Bruce T. Russell
       Trial Attorney, Tax Division
       Department of Justice
       Post Office Box 14198
       Ben Franklin Station
       Washington, D.C. 20044
       Telephone:  (202) 514-5900
       Facsimile:  (202) 514-9868

MICHAEL J. MOORE
United States Attorney
Middle District of Georgia
*Of Counsel*