RECEIVED
CLERK'S OFFICE

2013 JUL 10 AM 11:52

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

# Affidavit of Barbara Bauer; Trevitt, Authorized Agent

STATE OF GEORGIA        )
                        ) ss
COUNTY OF MONROE        )

Your Affiant, Barbara Bauer; Trevitt, Authorized Agent, am of age and majority and competent to testify and have firsthand knowledge of the facts stated herein and believe the facts stated herein to be true, correct, and complete to the best of my knowledge, and if called to testify, will testify to the same. Let my yea be yea and my nay be nay before the God of Abraham, Isaac, and Jacob.

1. My signature does not appear on Form 870, Department of the Treasury – Internal Revenue Service or on any other document known as a Form 870.

Further, Affiant sayeth naught.

Date July 9, 2013

Signature Barbara Bauer; Trevitt, Authorized Agent
Barbara Bauer; Trevitt, Authorized Agent
4072 Highway 83 South
Forsyth, Georgia 31029

STATE OF GEORGIA

COUNTY OF SPALDING

Subscribed and sworn to before me on this 9 day of July, 2013, by Barbara Bauer; Trevitt, Authorized Agent, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Notary Public STATE OF GEORGIA  Madison Leon Smith

My commission expires 11-24-2013

(Seal)

FILED & RECORDED
CLERK SUPERIOR COURT
MONROE COUNTY GA

JUL 10 2013 AM 11:12

LYNN W. HAM
CLERK