IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CASE NO. 5:13-cv-00174-CAR |
| | : | |
| CARMEN D. TREVITT, JR., | : | |
| BARBARA B. TREVITT, | : | |
| CHARLES B. HAYGOOD, JR., | : | |
| Individually and as Executor of the | : | |
| Estate of Jessie B. Haygood, | : | |
| ESTATE OF JESSIE B. HAYGOOD, | : | |
| JACK L. HAYGOOD, | : | |
| ANNICE H. MYERS, f/k/a Annice H. | : | |
| Trevitt, and BRANCH BANKING | : | |
| AND TRUST COMPANY, a commercial | : | |
| bank subsidiary of BB&T Corporation, | : | |
| a North Carolina corporation, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO AMENDED COMPLAINT**

Plaintiff United States of America, and Defendant Branch Banking and Trust Company ("BB&T"), through their respective counsel, stipulate and agree, pursuant to U. S. Dist. Ct. Rules M.D.Ga., Civ Rule 6, that BB&T may have an extension, through and including Friday, September 27, 2013, in which to file its response to the Amended Complaint herein.  The original answer deadline being Friday, September 6, 2013, this extension is within the maximum limit imposed by the referenced rule.

Respectfully submitted this 6th day of September, 2013.

By:                                                                           Consented to By:

                                                      KATHRYN KENEALLY
                                                      Assistant Attorney General

*s/ Casey D. Baker*                                                By:   *s/Bruce T. Russell*
Patrick J. Geheren                                                       Bruce T. Russell
Georgia Bar No. 288810                                            Trial Attorney, Tax Division
Casey D. Baker                                                           U.S. Department of Justice
Georgia Bar No. 236698                                            Post Office Box 14198
The Geheren Firm, P.C.                                             Ben Franklin Station
4828 Ashford Dunwoody Rd, Ste. 200                    Washington, D.C. 20044
Dunwoody, GA 30338                                                (202) 514-5900
(678) 587-9500 (phone)                                              (202) 514-9868 (facsimile)
(678) 587-9098 (fax)                                                   bruce.t.russell@usdoj.gov
*Attorneys for BB&T*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2013, I electronically filed the foregoing document by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

>C. Robert Melton, Esq.
>Haygood, Lynch, Harris, Melton & Watson, LLP
>87 N. Lee Street
>Forsyth, Georgia 31029
>*Attorneys for Charles B. Haygood Jr.,*
>*Jack L. Haygood and Annice H. Myers*

I further certify that on the same date I served a copy of the foregoing document on the following parties by depositing same in the United States mail, affixed with the first-class postage prepaid.

>Carmen D. Trevitt
>Barbara B. Trevitt
>Pro Se
>4072 Hwy. 83 S.
>Forsyth, Georgia 31029

>*s/ Casey D. Baker*
>Patrick J. Geheren
>Georgia Bar No. 288810
>Casey D. Baker
>Georgia Bar No. 236698

The Geheren Firm, P.C.
4828 Ashford Dunwoody Rd, Ste. 200
Dunwoody, GA 30338
 (678) 587-9500 (phone)
 (678) 587-9098 (fax)
*Attorneys for BB&T*